| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

MOAC MALL HOLDINGS LLC,

        Plaintiff,

v.

Godiva Chocolatier, Inc.,

        Defendant.

Court File No. ------
Case Type: Contract

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(d)**

**TO THE COURT AND COUNSEL OF RECORD:**

    Pursuant to 28 U.S.C. §1446(d), Defendant hereby gives notice to this Court that the above-captioned matter has been removed to the United States District Court for the District of Minnesota under 28 U.S.C. §§ 1441(a) and 1332(a)(1).  A true and correct copy of the Notice of Removal with exhibits is attached hereto as Exhibit 1, and is incorporate herein by reference.  Defendants further certify that pursuant to 28 U.S.C. § 1446(d), counsel for the Plaintiff has been notified of this removal.

Dated:  July 1, 2021

        **ROBINS KAPLAN LLP**

        By:   *s/Stephen P. Safranski*

        Stephen P. Safranski (#0331326)
        Geoffrey H. Kozen (#0398626)
        800 LaSalle Avenue
        Suite 2800
        Minneapolis, MN 55402
        (612) 349-8500
        *SSafranski@RobinsKaplan.com*
        *GKozen@RobinsKaplan.com*

        *Attorneys for Defendant*
        *Godiva Chocolatier, Inc.*

## ACKNOWLEDGMENT REQUIRED BY
## MINN. STAT. §549.211

The undersigned hereby acknowledges that, pursuant to Minn. Stat. §549.211, costs, disbursements, and reasonable attorney and witness fees may be awarded to the opposing party or parties in this litigation if the Court should find the undersigned acted in bad faith, asserted a claim or defense that is frivolous and that is costly to the other party, asserted an unfounded position solely to delay the ordinary course of the proceedings or to harass, or committed a fraud upon the Court.

Dated:  July 1, 2021

**ROBINS KAPLAN LLP**

By:   *s/Stephen P. Safranski*

Stephen P. Safranski (#0331326)
Geoffrey H. Kozen (#0398626)
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
(612) 349-8500
*SSafranski@RobinsKaplan.com*
*GKozen@RobinsKaplan.com*

*Attorneys for Defendant*
*Godiva Chocolatier, Inc.*